```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
-------------------------------------------------------------- X   DOC #:_____
 HIMELDA MENDEZ AND ON BEHALF OF           :          DATE FILED: 2/21/2020
 ALL OTHER PERSONS SIMILARLY               :
 SITUATED,                                 :
                                           :
                           Plaintiff,      :          19-CV-9864 (VEC)
                                           :
            -against-                      :          ORDER
                                           :
 VICTORIA'S SECRET STORES, LLC,            :
                                           :
                           Defendant.      :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties appeared for an initial pretrial conference on February 21, 2020;

IT IS HEREBY ORDERED that discovery is stayed until further order from this Court. Plaintiff's Amended Complaint is due no later than **February 28, 2020**. Defendant's answer or response is due **March 6, 2020**. If Defendant moves to dismiss, Plaintiff's response is due **March 27, 2020**, and Defendant's reply, if any, is due **April 10, 2020**.

**SO ORDERED.**

**Date:  February 21, 2020**  
**New York, New York**

_Valerie Caproni_  
**VALERIE CAPRONI**  
**United States District Judge**